

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-13-00757-CV

Michael **TATSCH**,
Appellant

v.

**CHRYSLER GROUP, LLC** and Infinity County Mutual Insurance Company,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellee Chrysler Group LLC's brief was originally due March 24, 2014; however, the court granted appellee an extension of time until April 23, 2014. Appellee has filed an unopposed motion asking for an additional thirty days to file its brief.

We **grant** the motion and **order** Chrysler Group LLC's brief due **May 23, 2014** (sixty days after the original deadline). Appellee is advised that no further extensions of time will be granted absent a showing of extraordinary circumstances that prevents the timely filing of the brief. If the brief is not filed by the date ordered, the appeal may be set for submission without further notice.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court